JS-6

Ronald Wilcox, State Bar No. 176601
WILCOX LAW FIRM, PC
2021 The Alameda, Suite 200
San Jose, CA 95126
Telephone: (408) 296-0400
Facsimile: (408) 296-0486
ronaldwilcox@gmail.com

Attorney for Plaintiff Jack McDuffie

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JACK MCDUFFIE,<br><br>Plaintiff,<br><br>vs.<br><br>SUNNOVA ENERGY CORPORATION, LIFT ENERGY CONSTRUCTION, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:21-cv-001121-JGB (SHKx)<br><br>**ORDER RE:<br>STIPULATION OF DISMISSAL** |

The Stipulation of Dismissal filed by the parties is adopted by this Court. Plaintiff's claims are hereby dismissed, without prejudice.

**IT IS SO ORDERED.**

Dated: October 14, 2021           _____
                                  The Honorable Jesus G. Bernal,
                                  U.S. District Court Judge
                                  For the Central District of California